UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SUE F. STANLEY and <br> CHARLES S. STANLEY, <br>     Plaintiffs, <br> v. <br> DENVER MATTRESS CO., LLC, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    No.: 1:21-CV-295-TAV-CHS <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, defendant's motion for summary judgment [Doc. 29] is **GRANTED** and this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
    CLERK OF COURT